66 So.3d 1085 (2011)
J.D.F., a Child, Appellant,
v.
STATE of Florida, Appellee.
No. 5D11-944.
District Court of Appeal of Florida, Fifth District.
August 16, 2011.
James S. Purdy, Public Defender, and Dee Ball, Assistant Public Defender, Daytona Beach, for Appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Megan Saillant, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See C.M. v. State, 51 So.3d 540 (Fla. 5th DCA 2010).
ORFINGER, C.J., GRIFFIN and PALMER, JJ., concur.